**大成 DENTONS**

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D   +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2024

**MEMO ENDORSED**

February 6, 2024

<u>VIA ECF</u>

The Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Bassaw v. Mason Supply, Inc.*, Case No. 1:23-cv-09237-JHR-BCM

Dear Judge Moses:

We represent Defendant Mason Supply, Inc. ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from February 6, 2024 to March 22, 2024.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:   All counsel of record (by ECF)

Application GRANTED to the extent that defendant's time to respond to the complaint is EXTENDED to **March 22, 2024**. In light of the previous extensions (*see* Dkts. 11, 16), the parties should expect no further extensions of this deadline. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
February 7, 2024